# Hartnett Co. *v.* Poultry Fancier Publishing Co.

*Practice, Supreme Court—Auditor's findings—Confirmation by lower court—Appeal.*

The findings of an auditor confirmed by the court below will not be disturbed in the absence of convincing error.

Argued June 5, 1918.  Appeal, No. 87, Jan. T., 1918, by C. J. Delone, from decree of C. P. York Co., Jan. T., 1915, No. 4, in equity, confirming auditor's report in R. W. Hartnett Co. v. Poultry Fancier Publishing Co.  Before Brown, C. J., Moschzisker, Frazer, Walling and Simpson, JJ.  Affirmed.

Exceptions to report of Ray P. Sherwood, Esq., auditor appointed to distribute balance of the proceeds of the Poultry Fancier Pub. Co.  Before Ross, J.

The lower court dismissed the exceptions and confirmed the report of the auditor.  C. J. Delone, the creditor, appealed.

*Errors assigned,* among others, were in dismissing exceptions to the report of the auditor.

*V. K. Keesey,* for appellant.

*John J. Bollinger,* for appellee.

Per Curiam, July 17, 1918:

To sustain this appeal findings of the auditor, confirmed by the court below, would have to be disturbed,

and, as we have not been convinced that there should be such disturbance, the decree of distribution is affirmed, at appellant's costs.